COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN MICHAEL DUNCAN, | § | No. 08-10-00309-CV |
| Appellant, | § | Appeal from the |
| v. | § | 126th Judicial District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-GV-10-000555) |
| | § | |

## MEMORANDUM  OPINION

Pending before the Court is a joint motion for reversal and remand to effectuate settlement. *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted. The trial court's garnishment judgment is reversed without regard to its merits, and the cause is remanded to the trial court for further proceedings in accordance with the parties' settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2)(B). Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).


June 8, 2011

                                    DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.